1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA**

10

11   ESMELING L. BAHENA,                          No.  1:22-cv-01585-JLT-BAM (PC)

12                  Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS REGARDING
13           v.                                    DISMISSAL OF CERTAIN CLAIMS AND
                                                   DEFENDANTS
14   LEMON, *et al.*,
                                                   (Doc. 24)
15                  Defendants.

16

17          The assigned magistrate judge issued findings and recommendations that this action

18   proceed on Plaintiff's second amended complaint against Defendant Mendoza for violations of

19   the Eighth Amendment due to closing the cell door on Plaintiff's fingers and for failing to seek

20   medical treatment for him despite Plaintiff's repeated calls for help.  (Doc. 24.)  The magistrate

21   judge recommended that all other claims and defendants be dismissed based on Plaintiff's failure

22   to state claims upon which relief may be granted.  (*Id.*)  The Court served the findings and

23   recommendations on Plaintiff and notified him that any objections were to be filed within 14 days

24   after service.  (*Id.* at 17.)

25          Instead, Plaintiff filed a motion for extension of time to file an amended complaint.  (Doc.

26   25.)  Finding that further leave to amend was not warranted, the magistrate judge denied the

27   motion but extended the deadline for Plaintiff to file his objections to the pending findings and

28   recommendations.  (Doc. 26.)  The Court explicitly instructed him that he "**may not file an**

1

1  **amended complaint in response to this order.**" (*Id.* at 2 (emphasis in original).)  Despite this

2  instruction, on April 24, 2023, Plaintiff lodged a third amended complaint.  (Doc. 27.)  Plaintiff

3  has not filed objections to the findings and recommendations, and the deadline to do so has

4  expired.

5        Despite lacking leave to file the amended complaint, the Court has reviewed the lodged

6  third amended complaint.  However, third amended complaint includes additional factual

7  allegations and adds new and unrelated claims, despite being warned in prior screening orders

8  that Plaintiff may not add new, unrelated claims to his amended complaints.  Even still, the Court

9  finds that the lodged third amended complaint again fails to cure the deficiencies identified by the

10  findings and recommendations.

11        According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this

12  case.  Having carefully reviewed the entire file, including the lodged third amended complaint,

13  the Court finds the findings and recommendations to be supported by the record and by proper

14  analysis. Thus, the Court **ORDERS**:

15      1.  The findings and recommendations issued on March 15, 2023, (Doc. 24), are

16         **ADOPTED IN FULL**.

17      2.  The third amended complaint lodged on April 24, 2023, (Doc. 27), is **STRICKEN**

18         from the record.

19      3.  This action shall proceed on Plaintiff's second amended complaint, filed February 21,

20         2023, (Doc. 21), against Defendant Mendoza for excessive force and deliberate

21         indifference to medical care in violation of the Eighth Amendment.

22      4.  All other claims and defendants are **DISMISSED** from this action for failure to state

23         claims upon which relief may be granted.

24      5.  This action is referred to the Magistrate Judge for proceedings consistent with this

25         order.

26

27  IT IS SO ORDERED.

28     Dated:   **May 26, 2023**

UNITED STATES DISTRICT JUDGE

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28