UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMELING L. BAHENA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEMON, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-01585-BAM (PC)<br><br>ORDER THAT INMATE ESMELING L. BAHENA IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Esmeling L. Bahena is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on November 17, 2023. Inmate Esmeling L. Bahena, CDCR #BA-4702, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __November 17, 2023__　　　　　　　　　　　　　/s/ signature
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE