# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESMELING L. BAHENA,** | **CASE No.: 1:22-cv-01585-BAM (PC)** |
| **Plaintiff,** | **ORDER TO RECAPTION CASE** |
| **v.** | |
| **MENDOZA,** | |
| **Defendant.** | |

This action proceeds only against Defendant Mendoza.  Therefore, the caption should reflect that this action no longer proceeds against any other defendants, and that there are no longer multiple defendants.  Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated:   **November 27, 2023**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE