1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

ESMELING L. BAHENA,

12

Plaintiff,

13

v.

14

MENDOZA,

15

Defendant.

16

Case No.  1:22-cv-01585-BAM (PC)

ORDER GRANTING JOINT STIPULATION TO VACATE DEADLINES

(ECF No. 97)

ORDER DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS WITHIN **THIRTY (30) DAYS**

17    Plaintiff Esmeling L. Bahena ("Plaintiff") is a state prisoner proceeding through counsel

18  and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action

19  proceeds on Plaintiff's second amended complaint against Defendant Mendoza ("Defendant") for

20  excessive force and deliberate indifference to medical care in violation of the Eighth Amendment.

21  All parties have consented to Magistrate Judge jurisdiction.  (ECF No. 40.)

22    On October 9, 2024, Defendant filed a motion for summary judgment.  (ECF No. 92.)

23  Pursuant the parties' joint stipulation, Plaintiff's deadline to oppose Defendant's motion for

24  summary judgment was November 20, 2025.  (ECF Nos. 95, 96.)

25    Currently before the Court is the parties' notice that the parties have agreed to resolve this

26  matter in its entirety, and joint stipulation to vacate all currently pending deadlines in this matter,

27  including Plaintiff's deadline to file an opposition to Defendant's motion for summary judgment,

28  pending the completion of all necessary settlement paperwork and filing of a stipulation for

1    voluntary dismissal.  (ECF No. 97.)  The stipulation is signed by counsel for all parties.  (*Id.*)

2        Accordingly, IT IS HEREBY ORDERED as follows:

3    1.  The joint stipulation to vacate all currently pending deadlines in this case, including

4        Plaintiff's deadline to oppose Defendant's motion for summary judgment, (ECF No. 97),

5        is GRANTED; and

6    2.  Dispositional documents shall be filed within **thirty (30) days** from the date of this order.

7
8    IT IS SO ORDERED.

9    Dated:   **November 21, 2025**          /s/ *Barbara A. McAuliffe*

10       UNITED STATES MAGISTRATE JUDGE

2