1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   R. LAWRENCE BRAGG, State Bar No. 119194
    Supervising Deputy Attorney General
3   PATRICIA M. KEALY, State Bar No. 348201
    Deputy Attorney General
4    1300 I Street, Suite 125
     Sacramento, CA 95814
5    Telephone:  (916) 210-7366
     Fax:  (916) 324-5205
6    E-mail:  Patricia.Kealy@doj.ca.gov
    *Attorneys for Defendant D. Mendoza*
7

PALMER PERLSTEIN
JAMES P. ROBERTS, State Bar No. 351449
     15455 Dallas Parkway, Suite 540
     Addison, Texas 75001
     Telephone: (214) 987-4100
     E-mail:
     james.roberts@palmerperlstein.com
    *Attorneys for Plaintiff Bahena*

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10                         FRESNO DIVISION

11

12
13  **ESMELING L. BAHENA,**

14                                    Plaintiff,

15            **v.**

16  **MENDOZA,**

17                                   Defendant.

1:22-cv-01585 BAM (PC)

**JOINT STIPULATION FOR COURT APPROVAL OF PLAINTIFF'S ATTORNEY'S FEES; [PROPOSED] ORDER**

Judge:        Hon. Barbara A. McAuliffe
Trial Date:   Not Set
Action Filed:  June 10, 2022

18

19        Pursuant to California Penal Code section 2085.8, Plaintiff Bahena and Defendant

20  Mendoza, by and through their respective counsel of record, stipulate to seek the Court's approval

21  of Plaintiff's attorney's fees and litigation expenses, on the following grounds:

22        1.    On November 14, 2025, the parties reached a settlement in the instant case.

23  Settlement was not reached during the course of a formal settlement conference and, therefore,

24  the specific attorney fees and expenses requested to be paid out of the settlement amount have not

25  been placed on the record in this matter.

26        2.    In compliance with California Penal Code section 2085.8, subdivision (a), Court

27  approval of Plaintiff's attorney's fees is necessary prior to completing the settlement, as the

28

                                          1

1  statute requires a reasonableness review by the Court in cases involving incarcerated individuals.

2  (*See* Cal. Penal Code § 2085.8(a).)

3      3.      Therefore, the Court's approval of Plaintiff's attorney's fees and expenses is

4  necessary before the settlement can be finalized.

5      4.      Plaintiff's counsel's requested fees for the settlement of this case total $8,000.00.

6  Plaintiff's counsel's requested litigation expenses total $1,844.00. The total settlement amount for

7  this case is $20,000.00.

8      5.      Plaintiff also understands that, pursuant to Penal Code section 2085.8, any amounts

9  owed by an incarcerated person under restitution, fine, or other court order, including

10 administrative fees, must be collected by the California Department of Corrections and

11 Rehabilitation (CDCR).

12     6.      The parties request that the Court review the reasonableness of the proposed attorney

13 fee award and litigation expenses in accordance with Penal Code section 2085.8, subdivision (a).

14 / / /

15 / / /

16 / / /

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Ct. Approval of Pl.'s Atty's Fees; [Proposed] Order (1:22-cv-01585 BAM (PC)

1       7.    Once the Court has reviewed and approved the attorney fee award and litigation

2    expenses, the final executed settlement agreement will be forwarded to CDCR for further

3    processing pursuant to the material terms of the settlement reached on November 14, 2025.

4    **IT IS SO STIPULATED.**

5    Dated:  December 22, 2025               Respectfully submitted,

6                                             ROB BONTA
Attorney General of California

7                                           JOANNA B. HOOD
Supervising Deputy Attorney General

8

*/s/ Patricia M. Kealy*

9

PATRICIA M. KEALY
Deputy Attorney General

10                                       *Attorneys for Defendant D. Mendoza*

11

12

13    Dated:  December 22, 2025             Respectfully submitted,

14                                         */s/ James P. Roberts*
(as authorized on 12/22/2025)

15                                         JAMES P. ROBERTS
*Attorneys for Plaintiff Bahena*

16

17

18    SA2023303437
39465272

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESMELING L. BAHENA,** | 1:22-cv-01585 BAM |
| Plaintiff, | **ORDER** |
| **v.** | |
| **MENDOZA,** | |
| Defendant. | |

Good cause appearing, the Court approves the payment of $9,884.00 to Plaintiff's counsel for reasonable attorney fees incurred and litigation expenses in the above matter.


IT IS SO ORDERED.

Dated:    **December 23, 2025**        /s/ *Barbara A. McAuliffe*    _
UNITED STATES MAGISTRATE JUDGE

4