1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

### EASTERN DISTRICT OF CALIFORNIA

7

8   ESMELING L. BAHENA,                    Case No.  1:22-cv-01585-BAM (PC)

9               Plaintiff,                 ORDER REGARDING STIPULATION FOR
                                           VOLUNTARY DISMISSAL WITH
10      v.                                 PREJUDICE

11  MENDOZA,                               (ECF No. 100)

12              Defendant.

13

14          Plaintiff Esmeling L. Bahena ("Plaintiff") is a state prisoner proceeding through counsel

15  and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

16          Currently before the Court is a stipulation for voluntary dismissal of this action with

17  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 100.)  The

18  stipulation is signed and dated by counsel for each party and indicates that each party shall bear

19  its own litigation costs and attorney's fees.[1]

20          Accordingly, this action is terminated by operation of law without further order from the

21  Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending

22  motions and close this case.
    IT IS SO ORDERED.
23

24      Dated:   __December 23, 2025__        ___/s/ Barbara A. McAuliffe___

25                                           UNITED STATES MAGISTRATE JUDGE

26

27

28  ───────────────────────
    [1] The parties have filed a separate stipulation for approval of Plaintiff's attorneys' fees.

1